*Clyde B. Charlton* for petitioners.   *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, A. F. Prescott, Carlton Fox* and *John R. Benney* for respondents.

No. 531.   DALLAS COUNTY WATER CONTROL & IMPROVEMENT DISTRICT No. 3 ET AL. *v.* CITY OF DALLAS ET AL.   Supreme Court of Texas.   Certiorari denied.   *Victor W. Bouldin* and *Marie McCutcheon* for petitioners.   *H. P. Kucera* for respondents.

No. 533.   SOKOL BROTHERS FURNITURE Co. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 5th Cir.   Certiorari denied.   *Crampton Harris* for petitioner.   *Solicitor General Perlman* for respondent.

No. 539.   CRAVEN *v.* ATLANTIC COAST LINE RAILROAD Co.   C. A. 4th Cir.   Certiorari denied.   *George E. Allen* for petitioner.   *Collins Denny, Jr.* and *J. M. Townsend* for respondent.

No. 540.   WASHINGTON GAS LIGHT Co. *v.* BAKER; and No. 548.   PUBLIC UTILITIES COMMISSION OF THE DISTRICT OF COLUMBIA *v.* BAKER.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Stoddard M. Stevens, C. Oscar Berry* and *Houston H. Wasson* for petitioner in No. 540.   *Vernon E. West* and *Lloyd B. Harrison* for petitioner in No. 548.   *Herbert P. Leeman, William A. Roberts, Jerome M. Alper, Francis J. Ortman* and *Irene Kennedy* for respondent.   Reported below: 88 U. S. App. D. C. ——, 188 F. 2d 11.

No. 542.   MINKOFF ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Jesse Climenko* and *George Trosk* for petitioners.   *Solicitor General Perlman, Assist-*